UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOSHUA A. WHITE | § | |
| v. | § | CIVIL ACTION NO. |
| | | SA-16-CV-910-OLG |
| THE BUCKLE, INC. d/b/a BUCKLE BRANDS, INC. | § | |

## ORDER

On this came to be heard Plaintiff's Motion to Proceed as a Veteran. Plaintiff asks to be exempt from paying the filing fee or other costs related to his lawsuit. His lawsuit is Based on the Uniform Services Employment and Reemployment Rights Act (USERRA). Sec. 4323(h)(1) provides that service members will be exempt from the filing fee and other costs when he or she files suit under the USERAA.

It is therefore:

ORDERED that Plaintiff be exempt form paying the filing fee and other related costs in this matter.

**SIGNED AND ENTERED** this 19th day of September, 2016.

UNITED STATES ~~DISTRICT~~ JUDGE